**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VINCENT D. ROBERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11585** |
| **OUACHITA CORRECTIONAL CENTER, DR. PARKER** | **SECTION "E"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge,[1] and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the instant matter be **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

**IT IS FURTHER ORDERED** that ruling on plaintiff's Motion to Reconsider Pauper Status[2] is **DEFERRED** to the United States District Court for the Western District of Louisiana.

**New Orleans, Louisiana, this 2nd day of October, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

1 R. Doc. 6.
2 R. Doc. 5.